**Order entered February 19, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00184-CV

### IN RE IN THE INTEREST OF M.A.M, A MINOR CHILD, Relator

**Original Proceeding from the 301st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-03-14732-T**

## ORDER

Based on the Court's opinion of this date, we DENY relator's petition for writ of mandamus. We ORDER that relator bear the costs of this original proceeding.

/s/    MICHAEL J. O'NEILL
        JUSTICE